Submitted on remand from the Oregon Supreme Court December 8, 2006,
OAR 291-100-0080(3)(g) held valid April 11, 2007

SCOTT THOMAS KELLAS,
*Petitioner,*

*v.*

DEPARTMENT OF CORRECTIONS
and Criminal Justice Commission,
*Respondents.*

A118362

157 P3d 233

Donald S. Upham for petitioner.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, Denise G. Fjordbeck, Assistant Attorney General, and Doug M. Petrina, Assistant Attorney General, for respondents.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM